[No. 8,246.—In Bank.]
March 20, 1882.

## TARTAN SMITH v. D. N. ARNOLD.

DISMISSAL OF APPEAL.—Appeal dismissed for failure to file transcript within the time prescribed by the rules.

MOTION to dismiss an appeal from a judgment for the plaintiff and from an order denying a new trial in the Superior Court of Colusa County.

The appeal was perfected December 10, 1881. Notice of motion to dismiss was served January 27, 1882, by leaving a copy in the office of appellant's attorney. The transcript was served on respondent and deposited in Wells, Fargo & Co.'s express for transmission to the Clerk of the Supreme Court January 30, 1882, and received by the Clerk February 1, 1882. The affidavit of appellant's attorney states in effect that owing to unexpected and unavoidable delays on the part of the printer the printing of the transcript was not completed until January 27th, and that he did not receive a copy of the notice until January 30th, and that when he received it he was on his way to the office of respondent's attorneys to serve the transcript.

*Hart & Hart,* for Respondents.

*John C. Deuel,* for Appellant.

The COURT:

The transcript was not filed in this Court within the forty days after the appeal was perfected, nor was it filed before the notice to dismiss the appeal was given. No sufficient excuse has been shown why it was not so filed, and no application was made to this Court before the expiration of the forty days for an extension of the time to file the transcript. (Rules 1–11.)

Appeal dismissed.